IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARIA CHARLOTTE PRUITT,              ) | |
|                                                          ) | |
|       Plaintiff,                              ) | |
|                                                          ) | CIVIL ACTION NO. |
|       v.                                           ) | 2:15cv515-MHT |
|                                                          ) | (WO) |
| ALA. DEPT. OF CORRECTIONS,  ) | |
| et al.,                                           ) | |
|                                                          ) | |
|       Defendants.                         ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging excessive heat, overcrowding, and other conditions of confinement at the Montgomery Women's Facility, where she was incarcerated previously. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and failure to comply with the orders of this court. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of February, 2016.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**